UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLEN LYNN JEFFRIES, | ) | 1:08-CV-01618 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| A. HEDGPETH, | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On November 10, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED for failure to state a cognizable claim for relief. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On December 1, 2008, Petitioner filed objections to the Findings and Recommendation. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo*

review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 10, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED;

3. The Clerk of Court is DIRECTED to enter judgment; and

4. The Clerk of Court is DIRECTED to send Petitioner blank forms for filing a civil rights action.

IT IS SO ORDERED.

**Dated:   December 11, 2008**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE